**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000296
07-MAY-2025
08:10 AM
Dkt. 31 ODSD**

NO. CAAP-24-0000296

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SARA C. WYLIE, Plaintiff/Counterclaim Defendant-Appellant, v.
FRED DUKE CHUKOVICH, SUCCESSOR TRUSTEE OF THE
PATRICK JAMES MOYNIHAN TRUST DATED APRIL 16, 1998,
Defendant/Counterclaimant-Appellee, and
KELLY MOYNIHAN, Defendant-Appellant, and
JOHN DOES 1-5; JANE DOES 1-5; DOE CORPORATIONS 1-5;
DOE ENTITIES 1-10; and DOE GOVERNMENTAL AGENCIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000745)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On April 12, 2024, Plaintiff/Counterclaim Defendant-Appellant Sara C. Wylie (**Wylie**) filed the notice of appeal, self-represented;

(2) The statement of jurisdiction and opening brief were due on or before June 10, 2024, and July 8, 2024, respectively;

(3) Wylie failed to file either document, or request an extension of time;

(4) On August 6, 2024, the appellate clerk entered a default notice informing Wylie that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on August 16, 2024, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Wylie could request relief from default by motion; and

(5) Wylie has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, May 7, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge